# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GROWTH ENERGY,<br><br>            Plaintiff,<br>    v.<br><br>MICHAEL S. REGAN, in his official capacity as Administrator, U.S. Environmental Protection Agency and UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>            Defendants. | Case No. 22-cv-01191-RC |

## ORDER

Upon consideration of the parties' Joint Motion to Enter Consent Decree, it is HEREBY ORDERED that the attached consent decree is signed and entered.

SO ORDERED this 25th day of July, 2022

_____

Honorable Rudolph Contreras
United States District Judge