UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GROWTH ENERGY, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL S. REGAN, in his official capacity as Administrator, U.S. Environmental Protection Agency, and ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendants. | No. 1:22-cv-01191-RC |

**NOTICE**

Please take notice that, pursuant to Paragraph 6(a) of the decree entered by this Court, the parties provide notice of their stipulated extension to and including June 21, 2023, of EPA's deadline to sign a final rule. Based on discussions and mutual understandings, the parties so stipulate with the understanding that EPA will not seek a further extension of any deadline established by the decree.

Dated: June 13, 2023.

Respectfully submitted,

*/s/ Seth P. Waxman*
SETH P. WAXMAN
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Avenue NW
Washington, D.C. 20006
(202) 663-6800
seth.waxman@wilmerhale.com

*Counsel for Plaintiff*

TODD KIM
Assistant Attorney General

*/s/ Caitlin McCusker*
CAITLIN MCCUSKER
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-1950
caitlin.mccusker@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on June 13, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record.

*/s/ Caitlin McCusker*
